IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00219-PSF

UNITED STATES OF AMERICA,

     Plaintiff,

v.

CHRISTA LEIGH PRESTON,

     Defendant.

---

## ORDER SETTING TRIAL DATE

---

     This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

     ORDERED that all pretrial motions shall be filed by **July 10, 2006** and responses to these motions shall be filed by **July 26, 2006**.  It is

     FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **August 22, 2006 at 8:30 a.m.**  If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion.  It is

     FURTHER ORDERED that a three-day jury trial is set for **August 28, 2006 at 1:30 p.m.**

     DATED:  June 28, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge