IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00219-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTA LEIGH PRESTON,

    Defendant.

---

**ORDER DIRECTING GOVERNMENT RESPONSE AND
SETTING MOTIONS HEARING**

---

    This matter is before the Court on Defendant's Request for Notice of 404(b) Evidence (Dkt. # 13); Motion for Discovery (Dkt. # 14); Motion to Suppress Statements (Dkt. # 15); and Motion to Declare Case Complex and Continue Trial Date (Dkt. # 16). The government is DIRECTED to respond to these motions no later than **5:00 p.m. July 21, 2006.**  It is

    FURTHER ORDERED that a two-hour hearing on these motions has been set for **July 28, 2006 at 1:00 p.m.**

    DATED: July 11, 2006

                                      BY THE COURT:

                                      *s/ Phillip S. Figa*
                                      _____
                                      Phillip S. Figa
                                      United States District Judge