IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00219-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTA LEIGH PRESTON,

    Defendant.

## ORDER DESIGNATING COMPLEXITY

This matter is before the Court on defendant's Motion to Declare Case Complex or to Find that Ends of Justice Require Continuance of Trial Date (Dkt. # 16), the Government's Motion for Extension of Time to Respond to Defendant's Motions (Dkt. # 18) and the Government's Unopposed Motion to Continue Hearing on Defendant's Motion to Suppress (Dkt. # 19).  Having considered defense counsel's argument and all relevant factors, including those enumerated in 18 U.S.C. § 3161(h)(8), and for the reasons set forth by defense counsel in his motion (Dkt. # 16), which reasons are incorporated herein by reference, the Court finds that vacating the trial date and continuing it to a later date serves the ends of justice and outweighs the interest of the public and the defendant in a speedy trial.  In particular, defense counsel needs additional time to effectively prepare and provide effective assistance of counsel to Defendant Preston.  It is hereby

ORDERED that the Final Trial Preparation Conference set for August 22, 2006 at 8:30 a.m. and the trial in this matter set for August 28, 2006 at 1:30 p.m. are VACATED in accordance with the provisions of 18 U.S.C. § 3161(h)(8).

IT IS FURTHER ORDERED that the hearing on defendant's Motion to Suppress set for July 28, 2006 is CONTINUED to **August 28, 2006 at 1:30 p.m.**, at which time a new trial date will be set, if necessary.

IT IS FURTHER ORDERED that the motion for extension of time (Dkt. # 18) is GRANTED and the government's responses to defendant's motions (Dkt. ## 20 and 21) are accepted as timely filed.

DATED: July 25, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge