IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00219-PSF

UNITED STATES OF AMERICA,

>    Plaintiff,

v.

CHRISTA LEIGH PRESTON,

>    Defendant.

---

## ORDER RESETTING SENTENCE

---

This matter is before the Court *sua sponte*.  The Court hereby ORDERS that the

sentencing with regard to Defendant Preston currently set for February 23, 2007 is

RESET to **Thursday, February 22, 2007 at 10:30 a.m.**

>    DATED:  January 26, 2007

>                                    BY THE COURT:

>                                    *s/ Phillip S. Figa*
>                                    _____
>                                    Phillip S. Figa
>                                    United States District Judge